UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL CASE NO. 3:09-CR-69 |
| ) | JUDGES PHILLIPS/GUYTON |
| CHARLES ROBERT HUNTER, JR. ) | |

**O R D E R**

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden, West Tennessee State Penitentiary, 480 Green Chapel Road, Henning, Tennessee, 38041-1150, to bring Charles Robert Hunter, Jr., TDOC Inmate No. 334297, before this Court at Knoxville, Tennessee, on the 20th day of July, 2009, at 2:00 p.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Warden, West Tennessee State Penitentiary, Henning, Tennessee.

And it is further ordered that in the event the Warden, West Tennessee State Penitentiary, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Charles Robert Hunter, Jr., into his custody and transport him to and from said West Tennessee State Penitentiary, Henning, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:
    s/ H. Bruce Guyton
United States Magistrate Judge